**Dismissed and Memorandum Opinion filed July 23, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00354-CV

### DR. OLUWOLE PETERS AKA WALLY PETERS AND PRECIOUS LAMB, INC., D/B/A PRECIOUS CARE CONSULTANTS, Appellants

### V.

### COMPLETE PHARMACY RESOURCES, LTD., Appellee

### On Appeal from the 165th District Court
### Harris County, Texas
### Trial Court Cause No. 2012-11356

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed March 18, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On May 29, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.